GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BARBARA WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, TRIDENT ASSET MANAGEMENT, LLC,<br><br>Defendants. | Case No. 2:22-cv-00960-GMN-BNW<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from July 13, 2022 through and including **August 12, 2022**. The request was made by Equifax so that it can have an opportunity

/ /

/ /

/ /

/ /

/ /

to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 13TH day of July, 2022.

| | |
|---|---|
| CLARK HILL PLLC | ***No opposition*** |
| By: /s/Gia N. Marina<br>GIA N. MARINA<br>Nevada Bar No. 15276<br>3800 Howard Hughes Drive, Suite 500<br>Las Vegas, Nevada  89169<br>E-mail: gmarina@clarkhill.com<br>Telephone: (702) 862-8300<br>Facsimile: (702) 862-8400<br><br>*Attorney for Defendant Equifax Information Services LLC* | /s/David H. Krieger<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>Shawn Miller, Esq.<br>Nevada Bar No. 7825<br>KRIEGER LAW GROUP, LLC<br>2850 W. Horizon Ridge Blvd., Suite 200<br>Henderson, NV 89052<br>Phone: (702) 848-3855<br>Fax: (702) 385-5518<br>Email: dkrieger@kriegerlawgroup.com<br>Email: smiller@kriegerlawgroup.com<br><br>*Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: July 14, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 13th day of July, 2022, via CM/ECF, upon all counsel of record:

By: /s/ Gia N. Marina
GIA N. MARINA
Nevada Bar No. 15276
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400